BEFORE THE SECOND DIVISION, NOVEMBER 3, 1943

**No. 48945.**—Protest 756338–G/82553 of Stern McGivney Co. (Chicago).

Opinion by TILSON, J. The record showed that certain items consist of hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith this claim was sustained.

**No. 48946.**—Protests 774948–G, etc., of Caradine Hat Co. (Seattle).

Opinion by TILSON, J. The record showed that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at only 25 percent ad valorem was sustained.

**No. 48947.**—Protests 552147–G, etc., of Irving L. Hartman Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel certain of the hats found to be harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) were held dutiable at 25 percent under paragraph 1504 (b) (5), and certain other hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) were held dutiable as hemp hats, not bleached, at 25 percent under paragraph 1504 (b) (1), as claimed.

**No. 48948.**—Protests 17158–K, etc., of Wm. Filene's Sons Co. et al. (Boston, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.